# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

129827

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ERNEST V. PONTI and DELORES PONTI,
     Plaintiffs-Appellants,

v

JOSEPH H. SPIEGEL, JOSEPH H. SPIEGEL,
P.C., EVEANN PROPERTIES, INC., VINCENT
FINAZZO, and JANET FINAZZO,
     Defendants-Appellees.

SC: 129827
COA: 261888
Wayne CC: 04-428367-CZ

_____/

     On order of the Court, the application for leave to appeal the October 18, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

s0522